IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA HAACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-02359-TMP |
| | ) | |
| MIDLAND FUNDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties in the above-styled cause filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (doc. 11), reciting that they stipulate to the dismissal of this action, with prejudice.  Although a court order is unnecessary, it is ordered that the above-styled action and all claims contained therein are **DISMISSED WITH PREJUDICE**, each party is to bear its own fees, costs, and expenses.

**DONE** and **ORDERED** on February 26, 2015.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE